THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES MASON, JR., Appellant.

Motion for reargument denied.    [See 245 N. Y. 617.]

Submitted January 3, 1956; decided February 9, 1956.

ARTHUR WERKING, Appellant, *v.* AMITY ESTATES, INC., et al., Respondents.    BOARD OF SUPERVISORS OF GREENE COUNTY, Respondent.

Submitted January 9, 1956; decided February 9, 1956.

Motion for stay granted.